IN THE MATTER OF THE APPLICATION OF ALLEN STERLING FOR A WRIT OF HABEAS CORPUS.

Argued April 21, 1939—Decided May 22, 1939.

Before Justice DONGES.

For the petitioner, *Mario H. Volpe*.

For the state, *Robert Peacock* and *Lynwood Lord*.

DONGES, J. For the reasons stated in the opinion filed on a similar application by James Rose, 122 *N. J. L.* 507, submitted herewith, the petitioner is directed to be discharged from custody.